William F. Bacon, General Counsel (ISB # 2766)
SHOSHONE-BANNOCK TRIBES
P.O. Box 306
Fort Hall, Idaho 83203
Telephone: (208) 478-3822
Facsimile: (208) 237-9736
bbacon@sbtribes.com

Jill Elise Grant (DCB # 358306)*
Jill Grant & Associates, LLP
1319 F Street NW, Suite 300
Washington, D.C. 20004
Telephone: (202) 821-1950
Facsimile: (202) 459-9558
jgrant@jillgrantlaw.com
*Applying to appear pro hac vice

*Attorneys for Plaintiff Shoshone-Bannock Tribes*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>         Plaintiff,<br>v.<br><br>P4 PRODUCTION, L.L.C.,<br><br>         Defendant. | **Case No. 1:21-cv-00093-REB**<br><br>(Related case: *United States v. P4 Production, L.L.C.*, No. 4:21-cv-00092-BLW)<br><br>**UNOPPOSED MOTION TO CONSOLIDATE** |

Plaintiff Shoshone-Bannock Tribes ("Tribes"), pursuant to Federal Rule of Civil Procedure 42(a) and District Local Rule Civ 7.1, move this Court for an Order consolidating the instant case with the related case *United States v. P4 Production, L.L.C.*, in the U.S. District Court for the District of Idaho, No. 4:21-cv-00092-BLW. Plaintiff requests that *United States v.*

1

*P4 Production, L.L.C.*, No. 4:21-cv-00092-BLW, hereafter be the lead case, in which all material shall be filed from this point forward. Defendant P4 Production, and the United States and State of Idaho, Plaintiffs in the related case, do not oppose this motion.

Federal Rule of Civil Procedure 42(a) authorizes the Court to consolidate actions that "involve a common question of law or fact." The Court has broad discretion to order consolidation, *Invs. Rsch. Co. v. U.S. Dist. Ct. for Cent. Dist. Of Cal.*, 877 F.2d 777 (9th Cir. 1989), and in exercising that discretion, the Court should weigh the saving of time and effort from consolidation against any inconvenience, delay or expenses that it would cause, *Hunter v. Idaho*, No. 1:19-CV-00113-DCN, 2019 WL 4072394, at *2 (D. Idaho Aug. 28, 2019) (citing *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984)).

Plaintiff Shoshone-Bannock Tribes brought suit in this case against Defendant P4 Production, seeking response costs under Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607, pertaining to the cleanup of the Ballard Mine site, a former open-pit phosphate mine, located in southeastern Idaho. Simultaneously, the United States and the State of Idaho brought suit against the same Defendant for liabilities at the same site arising out of the same transaction. *United States v. P4 Production, L.L.C.*, Case No. 4:21-cv-00092-BLW. That case is pending before another judge in this Court.

The United States, the State of Idaho, the Shoshone-Bannock Tribes, and P4 Production have worked together to develop a proposed consent decree to resolve the matters at issue in both the Shoshone-Bannock Tribes' case and the United States' case. The consent decree has been lodged with the Court and, if approved, will resolve the Shoshone-Bannock Tribes' claims at

issue in this case as well as the claims of the United States in the companion case. *See* Notice of Lodging of Consent Decree for Public Comment, No. 4:21-cv-00092-BLW, ECF No. 2.

The Shoshone-Bannock Tribes therefore request consolidation of the case in this Docket with the United States' case Docket 4:21-cv-00092-BLW, because the consent decree that pertains to both cases was lodged in that docket. Because the cases at issue here arise from the same transactions and events, involve substantially the same parties and property, and will determine substantially the same questions of law, and because the consent decree, if approved and entered, will resolve the claims of all plaintiffs simultaneously, consolidation of this case under Fed. R. Civ. P. 42(a) is appropriate and will promote judicial efficiency and conservation of judicial resources. In addition, consolidation of these cases so that both cases may be heard by one judge in federal district court will not result in prejudice to any of the parties.

Dated March 3, 2021

Respectfully submitted,

/s/ William F. Bacon
William F. Bacon, General Counsel (ISB # 2766)
SHOSHONE-BANNOCK TRIBES
P.O. Box 306
Fort Hall, Idaho 83203
Telephone: (208) 478-3822
Facsimile: (208) 237-9736
bbacon@sbtribes.com

Jill Elise Grant (DCB # 358306)*
Jill Grant & Associates, LLP
1319 F Street NW, Suite 300
Washington, D.C. 20004
Telephone: (202) 821-1950
Facsimile: (202) 459-9558
jgrant@jillgrantlaw.com
*Applying to appear pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing Unopposed Motion to Consolidate with the Clerk of the Court using the CM/ECF system and I served the foregoing upon counsel for Defendant P4 Production, L.L.C. via electronic mail:

Mary M. Shaffer
Head of HSE & Real Estate Law for Crop Science
Bayer U.S. – Crop Science
800 North Lindbergh Blvd (E2NK)
St. Louis, MO 63167
Email: molly.shaffer@bayer.com
Telephone: (314) 694-3883

Kevin Murray
Partner
Holland & Hart LLP
222 South Main Street, Suite 2200,
Salt Lake City, UT 84101
Email: KRMurray@hollandhart.com
Telephone: (801) 799-5919

/s/ Jill Elise Grant